

```
FILED _____        _____ RECEIVED
ENTERED _____      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

            OCT 2 9 2009

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____
                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVE MICHAEL COX,                )       3:08-CV-110-RCJ(VPC)
                                  )
            Plaintiff,            )
                                  )       **ORDER**
      v.                          )
                                  )
GLEN WHORTON, et al.,             )
                                  )
            Defendants.           )
_____)

      Before the Court is Plaintiff's Opposition to Magistrate Judge's Report (In Particular Count VII Issues) (#26) filed on May 13, 2009.  This action was referred to U.S. Magistrate Judge Valerie P. Cooke pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.  The Magistrate Judge submitted her Report and Recommendation (#25) on April 30, 2009, recommending that this Court enter an order granting in part denying in part Defendants' Motion to Dismiss (#11).  Defendants' Response to Plaintiff's Objection to Report and Recommendation (#31) was filed on May 29, 2009.

## I. ANALYSIS

**A.    Review of Magistrate Judge's Order**

      Pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, a party may file specific written objections to the findings and recommendations of a magistrate judge made pursuant to LR IB 1-4.  The district court must make a *de novo* determination of those portions of the

///

///

1  magistrate judge's report to which objection is made and may accept, reject, or modify, in

2  whole or in part, the findings or recommendations made by the magistrate judge. LR IB 3-2(b).

3  *De novo* review means the court must consider the matter anew, the same as if it had not

4  been heard before and as if no decision previously had been rendered.   Ness v.

5  Commissioner, 954 F.2d 1495, 1497 (9th Cir. 1992).   Thus, although the district court need

6  not hold a de novo hearing, the court's obligation is to arrive at its own independent conclusion

7  about those portions of the magistrate judge's findings or recommendation to which objections

8  are made.   United States v. Remsing, 874 F.2d 614, 617 (9th Cir. 1989).

9       After conducting a *de novo* review of the record, the Court accepts and adopts the

10 Magistrate Judge's Minutes of the Court (#25).

11                                **III. CONCLUSION**

12       IT IS HEREBY ORDERED that the court ACCEPTS and ADOPTS in whole the Report

13 and Recommendation of U.S. Magistrate Judge (#25), and Plaintiff's Opposition to Magistrate

14 Judge's Report (In Particular Count VII Issues) (#26) is DENIED.

15       IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#11) is GRANTED as

16 to:

17       1.     All claims against defendants Miller, McDaniel, MacArthur, Whorton, D'Amico,

18 Endel and Tripp, including those in Counts V, VII, and VIII;

19       2.     All claims brought against all remaining defendants in their official capacities for

20 money damages;

21       3.     Count V – all claims against all defendants.   These claims are barred by the

22 doctrine of *res judicata*; and

23       4.     Count VIII – Plaintiff's Eighth Amendment claims against defendant Lemich with

24 regard to the November 2, 2005 alleged denial of medial care.   Plaintiff failed to exhaust his

25 administrative remedies.

26 ///

27 ///

28 ///

1    IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#11) is DENIED as

2    to:

3        1. Counts I and II;

4        2.    Count VII – Plaintiff's claims against defendant Bishop; and

5        3.    Count VIII – Plaintiff's First and Eighth Amendment claims against defendant

6    Lemich with regard to the July 26, 2006 alleged retaliatory denial of medical care.

7        The Clerk of the Court shall enter judgment accordingly.

8        IT IS SO ORDERED.

9        DATED: This ___ day of October, 2009.

10

11   _____

12   Robert C. Jones
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28