~~AO 450 (Rev. 5/85) Judgment in a Civil Case⊕~~

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

STEVE MICHAEL COX,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
  V.

                        CASE NUMBER: **3:08-CV-00110-RCJ-VPC**

GLEN WHORTON, et al.,

      Defendants.

\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (#11) is **GRANTED** as to : 1. All claims against defendants Miller, McDaniel, MacArthur, Whorton, D'Amico, Endel, and Tripp, including those in Counts V, VII, and VIII;  2. All claims brought against all remaining defendants in their official capacities for money damages;  3. Count V - all claims against all defendants. These claims are barred by the doctrine of *res judicata*;  and,  4. Count VIII - Plaintiff's Eighth Amendment claims against defendant Lemich with regard to the November 2, 2005 alleged denial of medical care. Plaintiff failed to exhaust his administrative remedies.

     **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (#11) is **DENIED** as to:  1. Counts 1 and II;  2. Count VII - Plaintiff's claims against defendant Bishop; and  3. Count VIII - Plaintiff's First and Eighth Amendment claims against defendant Lemich with regard to the July 26, 2006 alleged retaliatory denial of medical care.

  October 30, 2009                               **LANCE S. WILSON**
                                                            Clerk

                                                        /s/ D. R. Morgan
                                                          Deputy Clerk