UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE MICHAEL COX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLEN WHORTON, *et al.,*<br><br>　　　　Defendants. | 3:08-CV-110-RCJ(VPC)<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for the Record of Formal Objections' to Court's (6-4-10) Order (#64) Denying Plaintiff's Request for Discovery (First); Production of Documents and Request for Admissions (#65) filed on June 28, 2010. Defendants' Opposition to Motion for the Record of Formal Objections' to Court's (6-9-10)'s Order Denying Plaintiff's Request for Discovery (First); Production of Documents and Request for Admissions (#66) was filed on July 7,

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. §636 (b)(1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

IT IS HEREBY ORDERED that the Magistrate Judge's Order (#64) will, therefore, be sustained and Plaintiff's Motion for the Record of Formal Objections' to Court's (6-4-10) Order (#64) Denying Plaintiff's Request for Discovery (First); Production of Documents and Request for Admissions (#65) is DENIED.

IT IS SO ORDERED.

DATED: this 13th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE