# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:08-CV-0110-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 24, 2010 |
| | ) | |
| GLEN WHORTON, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:  <u>   LISA MANN                </u>   REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                              </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                              </u>

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion to hold in abeyance these civil proceedings (#77) is **GRANTED in part.** This case shall be **STAYED** until plaintiff has access to his legal papers.  Plaintiff and defendants shall file status reports on **Friday, September 17, 2010,** or as soon as soon as plaintiff has access to his legal papers whichever occurs first.

   Plaintiff's emergency request for submission of motions (#81) is **DENIED**.

   **IT IS SO ORDERED.**

                                                                                       LANCE S. WILSON, CLERK

                                                              By:<u>            /s/                                     </u>
                                                                                       Deputy Clerk