UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:08-CV-0110-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 27, 2010 |
| | ) | |
| GLEN WHORTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court are several motions.

1. **Plaintiff's motion to compel (#67)**

Plaintiff filed a motion to compel review of psychiatric/medical records of defendant Dr. Bishop (#67) and defendants opposed (#70). Defendants have produced a list of exhibits which include all of plaintiff's relevant medical records, and defendants instructed plaintiff to contact the Associate Warden of Operations to review these documents (#70, Exhibit B). Plaintiff has failed to submit a proper request to review these records, but when he does so, he will be able to review his medical records. Plaintiffs motion to compel (#67) is **DENIED.**

2. **Plaintiff's motion to compel (#68)**

Plaintiff also moves to compel all regulations and procedures for cell searches, confiscation of property, depreciation, restitution, disciplinary hearings, and damages or destroyed state property (#68). Defendants opposed (#70) and advise the Court that defendants have provided all non-confidential, applicable regulations and procedures, and they are also available at the prison law library. Plaintiff's motion to compel (#68) is **DENIED.**

3. **Plaintiff's Motion to compel (#69)**

Plaintiff filed a motion to compel answers/documents to unanswered interrogatories (#69) and defendants opposed (#71). The court has reviewed the disputed discovery responses from defendants Bishop and Lemich and finds they are proper and that to the extent defendants

interposed objections to certain discovery requests, such objections were warranted. Plaintiff's motion to compel (#71) is **DENIED.**

4. **Defendants' motion for leave to file *in camera* plaintiff's medical records and Confidential procedures in support of defendants' motion for summary judgment (#72)**

By this motion, defendants, seek to filed confidential medical records and confidential Nevada Department of Corrections procedures *in camera*. The motion (#72) is **GRANTED.**

Based on the foregoing, **IT IS ORDERED** that plaintiff's motions to compel (#s, 67, 68, & 69) are **DENIED**. Defendants' motion for leave to file *in camera* plaintiff's medical records and confidential procedures in support of defendants' motion for summary judgment (#72) is **GRANTED.**

**IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

By:          /s/
              Deputy Clerk