UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

STEVE MICHAEL COX,           )    3:08-CV-0110-RCJ (VPC)
                             )
    Plaintiff,                )    **MINUTES OF THE COURT**
                             )
vs.                          )    October 27, 2010
                             )
GLEN WHORTON, et al.,        )
                             )
    Defendants.              )
_____)

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for a thirty-day stay (#88) is **DENIED**. The Court's order granting plaintiff's motion for enlargement of time (#89) shall remain in full force and effect. Plaintiff's opposition to defendants' motion for summary judgment is due on Thursday, November 18, 2010. No further extensions of time shall be granted.

The motion hearing set for Monday, November 1, 2010 (#90) is **VACATED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
         Deputy Clerk