UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:08-CV-0110-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 4, 2011 |
| | ) | |
| GLEN WHORTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed two motions to compel access to the law library (#s 99 & 107). Defendants have opposed these motions (#s 101 & 108), and plaintiff has filed an affidavit in support of his motions (#110). The court has exhaustively addressed plaintiff's access to the law library, and in response to the court's inquiries, the law librarian at the Ely State Prison has enacted a specific protocol to address plaintiff's requests from the law library (#98). Therefore, plaintiff's motions to compel access to the law library (#s 99 & 107) are **DENIED**.

Plaintiff's request for an extension of time to oppose the summary judgment motion (#109) is **DENIED as moot**. Plaintiff's opposition to defendants' motion for summary judgment (#112) was timely filed.

Plaintiff's request for leave to file a 23-page opposition to the motion for summary judgment (#111) is **DENIED as moot**. Pursuant to Local Rule 7-4, points and authorities in response to motions are limited to 30 pages.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
         Deputy Clerk