**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:08-CV-0110-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 9, 2011 |
| GLEN WHORTON, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is plaintiff's motion for clarification on court-ordered ambulatory assistance (#118), defendants opposed the motion (#119), and plaintiff requested that the motion be submitted (#120).

   Plaintiff's motion for clarification (#118) is **DENIED**.  The court's order dated November 12, 2010 (#96) is clear on its face and only applies as follows:

> Steve Michael Cox shall be provided any and all ambulatory assistance necessary to ensure Mr. Cox's timely attendance to all his scheduled hearings with this Court.

(#96, page 2).

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk