AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

STEVE MICHAEL COX,

      Plaintiff,

V.

GLEN WHORTON, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-CV-00110-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Dkt #102) is GRANTED.

  3/21/2011                     **LANCE S. WILSON**
                                                                Clerk

                                                            /s/ P. McDonald
                                                           Deputy Clerk