UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | |
| | ) | |
| Plaintiff, | ) | 3:08-CV-00110-RCJ(VPC) |
| v. | ) | |
| | ) | |
| GLEN WHORTON, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Before the Court is the Report and Recommendation of the United States Magistrate Judge (#134) ("Recommendation") entered August 2, 2011, in which the Magistrate Judge recommends that this Court deny Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction for Ambulatory Assistance (#'s 124 & 125). Plaintiff filed his Objections to Magistrate Judge's Report & Recommendation (#136) on August 15, 2011.

    The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#134) entered August 2, 2011, should be adopted and accepted.

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#134) entered December 22, 2011, is adopted and accepted, and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction for Ambulatory Assistance (#'s 124 & 125) are DENIED.

    IT IS SO ORDERED.

    DATED: This 13th day of February, 2012.

_____
ROBERT C. JONES
Chief Judge